UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEVIN STERLING,

                     Movant,

     -against-                                       20-cv-10754 (LAK)
                                                            [16-cr-0488 (LAK)]

UNITED STATES OF AMERICA,

                     Redspondent.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The government shall respond to the Section 2255 motion on or before February 18, 2021.

        Any reply by defendant shall be filed no later than thirty days after the date of filing of the government's response.

        SO ORDERED.

Dated:     January 4, 2021

                                                       _____
                                                              Lewis A. Kaplan
                                                           United States District Judge