UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
KEVIN STERLING,

                Movant,

      -against-                                       20-cv-10754 (LAK)
                                                            [16-cr-0488 (LAK)]

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Kevin Sterling's motion to vacate, set aside or correct his sentence (No. 20-cv-10754, Dkt 1; 16-cr-0488, Dkt 242) is denied, substantially for the reasons set forth in the government's March 11, 2021 memorandum (No. 16-cr-0488, Dkt 250). A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

        SO ORDERED.

Dated:    August 29, 2021

                                                    _____
                                                       Lewis A. Kaplan
                                                    United States District Judge